Case 1:24-cr-00069-LLA   Document 1-1   Filed 11/13/23   Page 1 of 4

Case: 1:23-mj-00310
Assigned to: Judge Meriweather, Robin M.
Assign Date: 11/13/2023
Description: COMPLAINT W/ ARREST WARRANT

## STATEMENT OF FACTS

On April 12, 2023, a Federal Bureau of Investigation (FBI) Task Force Officer (TFO) assigned to the Washington Field Office (WFO) was acting in an online undercover (UC#1) capacity in a public KIK group.[1] The members of this KIK group discuss the sexual abuse of children and exchange child sexual abuse material (CSAM). UC#1 contacted a user named 'Singjedad - Jay Jay' (hereinafter Singjedad) after Singjedad entered the monitored group. Singjedad advised UC#1 that he is a twenty-nine-year-old male who resides in Texas and is a father to a four-year-old girl. UC#1 asked Singjedad to verify this information for the group and Singjedad forwarded a photograph and video to UC#1. The photograph was of an adult male sitting on a couch with a prepubescent female sitting next to him. The video was of what appears to be the same male on the couch in a vehicle holding up two fingers in front of his face. Singjedad said that he is not actively abusing his daughter, but she flashes him. Singjedad then forwarded a photograph of a prepubescent female wearing a light blue dress pulling it up to expose her stomach and underwear. Singjedad indicated he also had a picture of his daughter, "… flashing her puss you."

On Friday, April 21, 2023, a second FBI TFO assigned to the Washington Field Office was acting in an online undercover (UC#2) capacity as part of the FBI Child Exploitation and Human Trafficking Task Force (CEHTTF), operating out of a satellite office in Washington, D.C. UC#2 was monitoring the KIK group at approximately 7:30 AM Eastern Daylight Time (EDT[2]). In the group, UC #2 maintains a persona in which he is the father of a purported eight-year-old daughter[3] who resides in Washington, D.C.

At approximately 7:36 AM, UC #2 observed KIK user 'Singjedad -Jay Jay' post in the monitored group, "Good morning…Dad of one here." UC#2 contacted Singjedad via KIK direct message and advised that he has an eight-year-old daughter. Singjedad reported that he has a four-year-old daughter and that he "rub[s] and touch[es]…" her. Singjedad asked UC#2, "Ever take any pics" and UC#2 advised that he had. Singjedad indicated that he had also taken photographs of his child and subsequently forwarded four photographs of a prepubescent female to UC#2. The child is observed wearing a light blue in color dress in the photographs and is observed lifting the dress up to expose her stomach.

Singjedad then forwarded three photographs of a prepubescent female wearing a pink in color top and distinctive white underwear with designs on them. The first photograph shows the child from the chest down with the focus of the image on her underwear covering her genitals. The second photograph shows the same child with the underwear being pulled to the side by adult fingers, exposing the child's genitals. The third photograph is a close shot of adult fingers holding the underwear to the side and spreading the child's vagina to expose the inside of the child's vagina.

---

[1] Kik is an instant messaging mobile application where one can transmit and receive messages, photos, and videos. Users can communicate privately with other users or in groups.
[2] Eastern Standard Time (EST) will be used as the default time zone in this document.
[3] The child whom the UC indicates that he has access to is fictional.

Singjedad also forwarded a photograph of an adult male seated on a piece of furniture gripping his erect penis.

On April 21, 2023, UC#1 and UC#2 reviewed the files sent by Singjedad and determined that the photograph of the prepubescent female lifting her dress was the same photograph sent to both. Additionally, they found that the CSAM distributed by Singjedad to UC#2 had already been identified as belonging to a known victim in the area of operational responsibility (AOR) of FBI Kansas City.  UC#1 had previously sent an exigent production lead to FBI Kansas City and immediately recognized the CSAM distributed by Singjedad as that of the known victim.

On April 21, 2023, a member of the FBI WFO issued an administrative subpoena to Kik and requested subscriber data and Internet protocol (IP) logs for the Kik user Singjedad. The return provided mobile IP addresses and an unconfirmed email account ███████████████. A subpoena was sent to Verizon regarding the mobile IP addresses provided by Kik. The response identified an associated telephone number, ███████████, which was resold to Comcast. A subpoena was then sent to Comcast to obtain the subscriber of the target telephone number. The response provided the following information: Subscriber: Todd Nadeau; Service address: ███████████████████████████████████; Billing address: ███████████████████████████████████. Law enforcement further identified this individual as:

> Todd Nadeau (hereinafter Nadeau)
> DOB: ███████
> SSN: █████████
> NH DL: █████████
> Address on Driver's License: ███████████████████████████
> No identifiable criminal history; No active wants/warrants.

Members of the FBI WFO sent this information to the Boston FBI as an investigative lead. Members of the Boston FBI Child Exploitation Task Force learned that Nadeau had previously been indicted in Belknap, New Hampshire on state CSAM violations in July of 2021 relating to a separate case and was released on bail on August 30, 2021, with the condition of not committing another crime while on release.

On Tuesday, November 7, 2023, an FBI TFO assigned to the Washington Field Office (WFO) was acting in an online undercover (UC) capacity as part of the FBI Child Exploitation and Human Trafficking Task Force (CEHTTF), operating out of a satellite office in Washington, D.C. In that capacity, the UC was monitoring a public KIK group at approximately 1:37 PM. The members of this public KIK group discuss the sexual abuse of children and exchange child sexual abuse material (CSAM). While monitoring the public group activity, the UC observed a KIK user with the name, 'fredgeoerge.' 'Fredgeoerge' was subsequently identified as the defendant, Todd Nadeau, as discussed further below. Nadeau posted a message in the KIK group that he was a 29-year-old dad with a 3-year-old daughter. Upon seeing this message, the UC initiated a private chat conversation with Nadeau on KIK. During the initial part of the private chat, Nadeau sent the UC three images depicting a toddler female. The photos were not explicit and focused on the child's face.

The UC informed Nadeau that he 'plays' with his daughter at night when she sleeps. Nadeau responded "naught" and "me too." Nadeau then sent an image depicting a person's fingers spreading a toddler's bare buttocks apart and exposing the child's bare anus. The UC asked Nadeau what sexual activity he had done to his child. In response, Nadeau stated "lick and taste you." During the course of the chat, the UC sent images of his purported daughter to Nadeau[4], at which point Nadeau asked the UC, "Any of her puss." Nadeau stated that he had "tons" of photos of his child and sent several more images, including photos of a toddler girl standing in a bathtub naked, in various stages of undress, or wearing underwear. Nadeau also sent an image depicting a person's fingers spreading the buttocks of a toddler child exposing her bare anus and vagina. The focus of this image is on the child's anus and vagina.

On November 7, 2023, an emergency disclosure form was submitted to Kik c/o MediaLab requesting subscriber information associated with username 'fredgeoerge.' On the same day, Kik responded to the request, identifying the subscriber as display name "fred George", with a confirmed email address of ███████████████, and IP logs spanning October 28, 2023, through November 6, 2023. Review of the provided IPs yielded a combination of Verizon Wireless IPs and a repeated Comcast Communications IP address of 73.68.52.66.

On November 7, 2023, an emergency disclosure form was submitted to Comcast requesting subscriber information associated with IP address 73.68.52.66 on November 4, 2023 at 02:49:53 UTC. This was the most recent instance in which the Comcast IP was utilized to access the target account. On the same day, Comcast verbally responded to the request, identifying the subscriber as Todd Nadeau, with the service address ███████████████████████████, and contact telephone number ███████████.

Upon receipt of this information, FBI Washington personnel used available open source, commercial, and law enforcement sensitive databases to fully identify the suspected user of Kik account fredgeoerge as Todd Nadeau, DOB: ████████, SSN: ███████████, NH DL: ███████████, the same person linked to the prior lead sent to Boston by WFO FBI personnel in April 2023.

Based on the aforementioned facts, there is probable cause to believe that TODD NADEAU distributed child pornography in violation of 18 USC § 2252(a)(2) on April 21, 2023, and November 7, 2023.

---

[4] These images did not depict a real child.

Respectfully Submitted,

_____

Timothy Palchak
Detective, 2560
Metropolitan Police Department

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on November 13, 2023.

2023.11.13
11:24:29 -05'00'
_____
HONORABLE ROBIN M. MERIWEATHER

UNITED STATES MAGISTRATE JUDGE