UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 23-MJ-310 |
| | 24 CR 69 |
| v. | |
| TODD NADEAU, | |
| Defendant. | |

## STATEMENT OF OFFENSE

The parties in this case, the United States of America and the defendant, Todd Nadeau, stipulate and agree that the following facts are true and accurate. These facts do not constitute all of the facts known to the parties concerning the charged offense; they are being submitted to demonstrate that sufficient facts exist that the defendant committed the offense to which he is pleading guilty: Distribution of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2).

### Statement of Facts

1. On or about April 12, 2023, a Federal Bureau of Investigation Washington Field Office Task Force Officer ("TFO") was acting in an undercover capacity as part of the Metropolitan Police Department-Federal Bureau of Investigation Child Exploitation Task Force, operating out of a satellite office in Washington, D.C ("UC #1"). In that capacity, UC #1 was present in an online group dedicated to exchanging child sexual abuse material and promoting the sexual abuse of children.

2. The defendant entered the online group, at which point UC #1 engaged him in conversation. The defendant claimed to be the father of a four-year-girl and stated that he has the child "flash" him. The defendant then sent UC #1 a photograph of a prepubescent female wearing a light blue dress and pulling it up to expose her stomach and underwear.

1

3. On Friday, April 21, 2023, a second TFO ("UC #2") was acting in an online undercover capacity, operating out of a satellite office in Washington, D.C. UC#2 was monitoring the online group, where he maintains a persona in which he is the father of a purported eight-year-old daughter who resides in Washington, D.C.

4. The defendant posted in the group, "Good morning…Dad of one here." UC #2 contacted the defendant via direct message and advised that he has an eight-year-old daughter. The defendant reported that he has a four-year-old daughter and that he "rub[s] and touch[es]…" her. The defendant stated that he had taken photographs of his child and subsequently forwarded four photographs of a prepubescent female to UC #2. One of the photos was the same photo of a prepubescent girl lifting her dress up to expose her stomach that the defendant had previously sent to UC #1.

5. The defendant then sent UC #2 three photographs of a prepubescent female wearing a pink top and distinctive white underwear with designs on it. The first photograph showed the child from the chest down with the focus of the image on her underwear covering her genitals. The second photograph showed the same child with the underwear being pulled to the side by adult fingers, exposing the child's genitals. The third photograph was a close shot of adult fingers holding the underwear to the side and spreading the child's vagina to expose the inside of her vagina.

6. On Tuesday, November 7, 2023, UC #2 was monitoring an online group whose members discuss the sexual abuse of children and exchange child sexual abuse material. UC #2 was operating out of Washington, D.C. The defendant posted a message to the group stating that he was a 29-year-old dad with a 3-year-old daughter. Upon seeing this message, UC #2 initiated a private chat conversation with the defendant.

7. UC #2 informed the defendant that he 'plays' with his daughter at night when she sleeps. The defendant responded "naught" and "me too." The defendant stated that he "lick[s] and taste[s]" his child.

8. During the conversation, the defendant sent the following photos to UC #2 which he claimed were of his three-year-old daughter:

   a. an image depicting a person's fingers spreading a young child's bare buttocks apart and exposing her anus.

   b. an image depicting a person's fingers spreading the buttocks of a young child exposing her anus and vagina. The focus of this image is on the child's anus and vagina.

   c. additional images of the young child which he claimed were of his three-year-old daughter standing in a bathtub naked, in various stages of undress, and in her underwear.

9. During the course of the chat, the defendant also asked UC #2 if UC #2 had any photos of his eight-year-old daughter's "puss."

Respectfully,

MATHEW GRAVES
UNITED STATES ATTORNEY


/s/ Caroline Burrell
Caroline Burrell
Assistant United States Attorney

DEFENDANT'S ACKNOWLEDGEMENT

I, Todd Nadeau, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Statement of the offense fully.

Date: May 1st 2024

_____
Todd Nadeau
Defendant

ATTORNEY'S ACKNOWLEDGEMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 5/1/24

_____
Alexis Gardner, Esq.
Attorney for Defendant